PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

F I L E D
Clerk
District Court

SEP 1 9 2006

# UNITED STATES DISTRICT COURT

For The Northern Mariana Islands
By_____
(Deputy Clerk)

FOR THE

_District of the Northern Mariana Islands_

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 02-00012-002 |
| JEREMY S. ATALIG | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **September 11, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 19th day of September 2006.

_____
HONORABLE ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands